[No. 67955-4-I.   Division One.   July 8, 2013.]

*In the Matter of the Marriage of* MARLENE R. MCREYNOLDS, *Respondent*, and ROBERT LEE MCREYNOLDS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 95-3-02058-9, Meg Sassaman, J. Pro Tem., entered October 21, 2011. *Affirmed* by unpublished per curiam opinion.

[No. 68109-5-I.   Division One.   July 8, 2013.]

*In the Matter of the Estate of* EDDIE KANYER.

KEVIN KANYER, *Appellant*, v. MARY ELLEN KANYER, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 10-4-06743-1, Beth M. Andrus, J., entered November 22, 2011. *Affirmed* by unpublished opinion per Lau, J., concurred in by Grosse and Cox, JJ.

[No. 68241-5-I.   Division One.   July 8, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. BRYAN DORSEY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 10-1-10200-7, Laura Gene Middaugh, J., entered January 13, 2012. *Affirmed* by unpublished opinion per Verellen, J., concurred in by Becker and Dwyer, JJ.

[No. 68275-0-I.   Division One.   July 8, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. PIERCE ALFONSO DUBOIS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 10-1-09257-5, Julie A. Spector, J., entered February 3, 2012. *Affirmed* by unpublished per curiam opinion.